# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT A. JOHNSON,**

      **Plaintiff,**

**v.**                                                    **Case No. 05-C-853**

**COMMONSENSE MORTGAGE, INC.,**

      **Defendant.**

## DECISION AND ORDER

The defendant, Commonsense Mortgage, Inc. ("Commonsense"), has failed to defend or appear in this suit since June 2007, when the Court lifted the stay. The Court sent its previous order by certified mail to Commonsense's original address, but it was returned as undeliverable. Commonsense is aware of this suit, though, and has had ample opportunity to appear. Its failure to do so means that the clerk shall make an entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

      **NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

      The clerk **SHALL** make an entry of default in accord with Rule 55(a) of the Federal Rules of Civil Procedure.

Dated at Milwaukee, Wisconsin this 12th day of December, 2007.

**BY THE COURT**

s/ Rudolph T. Randa
**Hon. Rudolph T. Randa
Chief Judge**